### 24587. Norsworthy v. The State.

Broyles, C. J. The verdict was amply supported by the evidence, the testimony of the defendant's accomplice being corroborated by other evidence, including incriminatory admissions made by the accused; and the court did not err in overruling the motion for a new trial, based upon the general grounds only.

    *Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

    Decided January 26, 1935.

434

*H. E. Coates, Lovejoy Boyer,* for plaintiff in error.
*M. H. Boyer, solicitor-general,* contra.